

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00117-CR

BRANDON ARRIOLA,

                                   **Appellant**

 **v.**

THE STATE OF TEXAS,

                                   **Appellee**

---

### From the County Court at Law No. 1
### Johnson County, Texas
### Trial Court No. M201501918

---

## MEMORANDUM OPINION

---

Appellant Brandon Arriola has filed a "Motion to Dismiss Appeal" in which he states that he "respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure." We have no authority under Rule of Appellate Procedure 42.2 to "withdraw appellant's notice of appeal"; therefore, we construe Arriola's motion as a motion to voluntarily dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and although Arriola did not personally sign the motion, he did sign a

"verification" that is attached to the motion that states, "I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct." The motion to dismiss is therefore granted, and this appeal is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed May 24, 2017
Do not publish
[CR25]

